**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | | |
|---|---|---|
| **U.S. Magistrate Judge: Camille D. Bibles** | **Date:** March 6, 2025 | **SEALED** |
| **USA v. Alexandra Johnson** | **Case Number: CR-25-08032-002-PCT-DLR** | |

**Assistant U.S. Attorney: Dimitra Hotis Sampson**
**Attorney for Defendant: No Counsel Available**, CJA
**Interpreter:** N/A
**Defendant:** ☒ **Present** ☐ **Not Present** ☐ **Released** ☒ **Custody** ☐ **Summons** ☐ **Writ**

**INITIAL APPEARANCE without counsel.**
☒ Indictment Filed   **Date of Arrest: March 5, 2025**
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
Court ORDERS Defendant be appointed counsel for all further proceedings.
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is   ☒ Granted ☐ Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
   ☒ 18§ 3142(f)   ☐ 18§ 3142(d)

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny.  Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Arraignment and Detention Hearing** set for Monday, March 10, 2025 at 10:15 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**LATER:** Matthew Poirier, CJA, accepts appointment of counsel for Flagstaff proceedings only.

| | | |
|---|---|---|
| **Recorded By** Courtsmart | **IA** | **7 min** |
| **Deputy Clerk** Christina Davison | | |
| | **Start:** | **10:27 am** |
| | **Stop:** | **10:35 am** |

CC:  AUSA (Dimitra Sampson), CJA (Matthew Poirier), and PTS (Flagstaff) by CSD